

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>        Petitioner,<br><br>   v.<br><br>J. SOTO, Warden,<br><br>        Respondent. | Case No. CV 15-9149 PSG (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), the Final Report and Recommendation of United States Magistrate Judge, and the objections to the Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

     IT IS ORDERED that judgment be entered dismissing the Petition without prejudice.

DATED: 6/10/16

PHILIP S. GUTIERREZ
United States District Judge