FILED
CLERK, U.S. DISTRICT COURT
JUN 1 0 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. SOTO, Warden,<br><br>　　　　　Respondent. | Case No. CV 15-9149 PSG (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 6/10/16

_____
PHILIP S. GUTIERREZ
United States District Judge